| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for Debtor(s)* | |

## United States Bankruptcy Court
## Central District of California - Riverside Division

In re:

Laronda Michelle Hill

Debtor(s).

CASE NO.:

CHAPTER: 7

**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**

[11 U.S.C. § 521(a)(1)(B)(iv)]

[No hearing required]

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

**Declaration of Debtor 1**

1. ☒ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date (*Check only ONE box below*):**

    ☒ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: **07/03/2024**      **Laronda Michelle Hill**      /s/ (signed)
                            Printed name of Debtor 1       Signature of Debtor 1

**Declaration of Debtor 2 (Joint Debtor) (if applicable)**

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date (*Check only ONE box below*):**

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____      _____      _____
                    Printed name of Debtor 2       Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015

F 1002-1.EMP.INCOME.DEC

**J.B. HUNT**

J.B. Hunt Transport, Inc.   615 J B Hunt Corporate Drive Lowell, AR 72745   +1 (479) 820-0000
Laronda Hill   665 n eucalyptus ave Rialto, CA 92376

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Laronda Hill | J.B. Hunt Transport, Inc. | 390298 | 06/23/2024 | 06/29/2024 | 07/03/2024 | |

| | Hours Worked | Gross Pay | Reimbursements | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 49.617 | 1,163.44 | 0.00 | 118.03 | 32.18 | 1,013.23 |
| YTD | 658.75 | 17,131.04 | 0.00 | 1,707.97 | 581.84 | 14,841.23 |

### Earnings

| Description | Dates | Hours/Units | Rate | Amount | YTD Hrs/Units | YTD Amount |
|---|---|---|---|---|---|---|
| Driver-Activity Bonu | 06/23/2024 - 06/29/2024 | 0 | 0 | 252.46 | 0.00 | 3,371.65 |
| Bonus-D | | | 0 | | 0.00 | 25.00 |
| Driver-Hours REG | 06/23/2024 - 06/29/2024 | 49.61666 | 18 | 893.11 | 658.75 | 11,857.55 |
| Mobile Phone Stipe | 06/23/2024 - 06/29/2024 | 0 | 0 | 5.42 | 0.00 | 86.73 |
| Holiday-Local | | | 0 | | 24.00 | 606.80 |
| Paid Break | 06/23/2024 - 06/29/2024 | 2.33 | 5.34 | 12.45 | 26.85 | 142.11 |
| Paid Time Off | | | 0 | | 40.00 | 1,041.20 |
| **Earnings** | | | | **1,163.44** | | **17,131.04** |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 71.57 | 1,047.16 |
| Medicare | 16.74 | 244.90 |
| Federal Withholding | 1.92 | 27.99 |
| State Tax - CA | 15.10 | 202.13 |
| CA SDI - CASDI | 12.70 | 185.79 |
| **Employee Taxes** | **118.03** | **1,707.97** |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Deduction | 23.17 | 340.48 |
| Dental Deduction | 7.43 | 196.89 |
| Vision Deduction | 1.58 | 44.47 |
| **Deductions** | **32.18** | **581.84** |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Match | 11.59 | 170.29 |
| Basic AD/D Deduction | 0.07 | 1.89 |
| Basic Life Insurance | 0.48 | 12.96 |
| Dental - Employer Paid Portion | 5.47 | 144.95 |
| FUI Credit Reduction (California) | 0.00 | 63.00 |
| FUI (Federal) | 0.00 | 42.00 |
| Medicare (Federal) | 16.74 | 244.90 |
| OASDI (Federal) | 71.57 | 1,047.16 |
| SUI - ER Paid (California) | 0.00 | 189.00 |
| Short-term Disab Deduction | 5.84 | 147.38 |
| **Employer Paid Benefits** | **111.76** | **2,063.53** |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,154.43 | 16,889.68 |
| Medicare - Taxable Wages | 1,154.43 | 16,889.68 |
| Federal Withholding - Taxable Wages | 1,131.26 | 16,549.20 |
| State Tax Taxable Wages - CA | 1,131.26 | 16,549.20 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | Head of Household |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Time Off | 2.4616 | 0 | 45.3916 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******6055 | ******6055 | | 1,013.23 | USD |



J.B. Hunt Transport, Inc.   615 J B Hunt Corporate Drive Lowell, AR 72745   +1 (479) 820-0000
Laronda Hill   665 n eucalyptus ave Rialto, CA 92376

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Laronda Hill | J.B. Hunt Transport, Inc. | 390298 | 06/16/2024 | 06/22/2024 | 06/27/2024 | |

| | Hours Worked | Gross Pay | Reimbursements | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 51.767 | 1,196.47 | 0.00 | 125.53 | 32.84 | 1,038.10 |
| YTD | 609.133 | 15,967.60 | 0.00 | 1,589.94 | 549.66 | 13,828.00 |

### Earnings

| Description | Dates | Hours/Units | Rate | Amount | YTD Hrs/Units | YTD Amount |
|---|---|---|---|---|---|---|
| Driver-Activity Bonu | 06/16/2024 - 06/22/2024 | 0 | 0 | 248.42 | 0.00 | 3,119.19 |
| Bonus-D | | | 0 | | 0.00 | 25.00 |
| Driver-Hours REG | 06/16/2024 - 06/22/2024 | 51.76666 | 18 | 931.80 | 609.13 | 10,964.44 |
| Mobile Phone Stipe | 06/16/2024 - 06/22/2024 | 0 | 0 | 5.42 | 0.00 | 81.31 |
| Holiday-Local | | | | 0 | 24.00 | 606.80 |
| Paid Break | 06/16/2024 - 06/22/2024 | 2.16 | 5.01 | 10.83 | 24.52 | 129.66 |
| Paid Time Off | | | | 0 | 40.00 | 1,041.20 |
| Earnings | | | | 1,196.47 | | 15,967.60 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 73.63 | 975.59 |
| Medicare | 17.22 | 228.16 |
| Federal Withholding | 5.81 | 26.07 |
| State Tax - CA | 15.81 | 187.03 |
| CA SDI - CASDI | 13.06 | 173.09 |
| Employee Taxes | 125.53 | 1,589.94 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Deduction | 23.83 | 317.31 |
| Dental Deduction | 7.43 | 189.46 |
| Vision Deduction | 1.58 | 42.89 |
| Deductions | 32.84 | 549.66 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Match | 11.92 | 158.70 |
| Basic AD/D Deduction | 0.07 | 1.82 |
| Basic Life Insurance | 0.48 | 12.48 |
| Dental - Employer Paid Portion | 5.47 | 139.48 |
| FUI Credit Reduction (California) | 0.00 | 63.00 |
| FUI (Federal) | 0.00 | 42.00 |
| Medicare (Federal) | 17.22 | 228.16 |
| OASDI (Federal) | 73.63 | 975.59 |
| SUI - ER Paid (California) | 0.00 | 189.00 |
| Short-term Disab Deduction | 5.84 | 141.54 |
| Employer Paid Benefits | 114.63 | 1,951.77 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,187.46 | 15,735.25 |
| Medicare - Taxable Wages | 1,187.46 | 15,735.25 |
| Federal Withholding - Taxable Wages | 1,163.63 | 15,417.94 |
| State Tax Taxable Wages - CA | 1,163.63 | 15,417.94 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | Head of Household |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Time Off | 2.4616 | 0 | 42.93 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******6055 | ******6055 | | 1,038.10 | USD |



J.B. Hunt Transport, Inc.   615 J B Hunt Corporate Drive Lowell, AR 72745   +1 (479) 820-0000
Laronda Hill   665 n eucalyptus ave Rialto, CA 92376

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Laronda Hill | J.B. Hunt Transport, Inc. | 390298 | 06/09/2024 | 06/15/2024 | 06/20/2024 | |

| | Hours Worked | Gross Pay | Reimbursements | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 38.117 | 995.86 | 0.00 | 97.83 | 28.82 | 869.21 |
| YTD | 557.367 | 14,771.13 | 0.00 | 1,464.41 | 516.82 | 12,789.90 |

### Earnings

| Description | Dates | Hours/Units | Rate | Amount | YTD Hrs/Units | YTD Amount |
|---|---|---|---|---|---|---|
| Driver-Activity Bonu | 06/09/2024 - 06/15/2024 | 0 | 0 | 122.47 | 0.00 | 2,870.77 |
| Bonus-D | | | 0 | | 0.00 | 25.00 |
| Driver-Hours REG | 06/09/2024 - 06/15/2024 | 38.11666 | 18 | 686.11 | 557.37 | 10,032.64 |
| Mobile Phone Stipe | 06/09/2024 - 06/15/2024 | 0 | 0 | 5.42 | 0.00 | 75.89 |
| Holiday-Local | | | 0 | | 24.00 | 606.80 |
| Paid Break | 06/09/2024 - 06/15/2024 | 1.67 | 3.36 | 5.62 | 22.36 | 118.83 |
| Paid Time Off | 06/09/2024 - 06/15/2024 | 8 | 22.03 | 176.24 | 40.00 | 1,041.20 |
| Earnings | | | | 995.86 | | 14,771.13 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 61.18 | 901.96 |
| Medicare | 14.31 | 210.94 |
| Federal Withholding | 0.00 | 20.26 |
| State Tax - CA | 11.48 | 171.22 |
| CA SDI - CASDI | 10.86 | 160.03 |
| Employee Taxes | 97.83 | 1,464.41 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Deduction | 19.81 | 293.48 |
| Dental Deduction | 7.43 | 182.03 |
| Vision Deduction | 1.58 | 41.31 |
| Deductions | 28.82 | 516.82 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Match | 9.91 | 146.78 |
| Basic AD/D Deduction | 0.07 | 1.75 |
| Basic Life Insurance | 0.48 | 12.00 |
| Dental - Employer Paid Portion | 5.47 | 134.01 |
| FUI Credit Reduction (California) | 0.00 | 63.00 |
| FUI (Federal) | 0.00 | 42.00 |
| Medicare (Federal) | 14.31 | 210.94 |
| OASDI (Federal) | 61.18 | 901.96 |
| SUI - ER Paid (California) | 0.00 | 189.00 |
| Short-term Disab Deduction | 5.84 | 135.70 |
| Employer Paid Benefits | 97.26 | 1,837.14 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 986.85 | 14,547.79 |
| Medicare - Taxable Wages | 986.85 | 14,547.79 |
| Federal Withholding - Taxable Wages | 967.04 | 14,254.31 |
| State Tax Taxable Wages - CA | 967.04 | 14,254.31 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | Head of Household |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Time Off | 2.4616 | 8 | 40.4684 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******6055 | ******6055 | | 869.21   USD |



J.B. Hunt Transport, Inc.   615 J B Hunt Corporate Drive Lowell, AR 72745   +1 (479) 820-0000
Laronda Hill   665 n eucalyptus ave Rialto, CA 92376

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Laronda Hill | J.B. Hunt Transport, Inc. | 390298 | 06/02/2024 | 06/08/2024 | 06/13/2024 | |

| | Hours Worked | Gross Pay | Reimbursements | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 47.067 | 1,139.30 | 0.00 | 113.48 | 31.69 | 994.13 |
| YTD | 519.25 | 13,775.27 | 0.00 | 1,366.58 | 488.00 | 11,920.69 |

### Earnings

| Description | Dates | Hours/Units | Rate | Amount | YTD Hrs/Units | YTD Amount |
|---|---|---|---|---|---|---|
| Driver-Activity Bonu | 06/02/2024 - 06/08/2024 | 0 | 0 | 275.59 | 0.00 | 2,748.30 |
| Bonus-D | | | 0 | | 0.00 | 25.00 |
| Driver-Hours REG | 06/02/2024 - 06/08/2024 | 47.06666 | 18 | 847.20 | 519.25 | 9,346.53 |
| Mobile Phone Stipe | 06/02/2024 - 06/08/2024 | 0 | 0 | 5.42 | 0.00 | 70.47 |
| Holiday-Local | | | 0 | | 24.00 | 606.80 |
| Paid Break | 06/02/2024 - 06/08/2024 | 1.82 | 6.09 | 11.09 | 20.69 | 113.21 |
| Paid Time Off | | | 0 | | 32.00 | 864.96 |
| **Earnings** | | | | **1,139.30** | | **13,775.27** |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 70.08 | 840.78 |
| Medicare | 16.39 | 196.63 |
| Federal Withholding | 0.00 | 20.26 |
| State Tax - CA | 14.58 | 159.74 |
| CA SDI - CASDI | 12.43 | 149.17 |
| **Employee Taxes** | **113.48** | **1,366.58** |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Deduction | 22.68 | 273.67 |
| Dental Deduction | 7.43 | 174.60 |
| Vision Deduction | 1.58 | 39.73 |
| **Deductions** | **31.69** | **488.00** |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Match | 11.34 | 136.87 |
| Basic AD/D Deduction | 0.07 | 1.68 |
| Basic Life Insurance | 0.48 | 11.52 |
| Dental - Employer Paid Portion | 5.47 | 128.54 |
| FUI Credit Reduction (California) | 0.00 | 63.00 |
| FUI (Federal) | 0.00 | 42.00 |
| Medicare (Federal) | 16.39 | 196.63 |
| OASDI (Federal) | 70.08 | 840.78 |
| SUI - ER Paid (California) | 0.00 | 189.00 |
| Short-term Disab Deduction | 5.84 | 129.86 |
| **Employer Paid Benefits** | **109.67** | **1,739.88** |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,130.29 | 13,560.94 |
| Medicare - Taxable Wages | 1,130.29 | 13,560.94 |
| Federal Withholding - Taxable Wages | 1,107.61 | 13,287.27 |
| State Tax Taxable Wages - CA | 1,107.61 | 13,287.27 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | Head of Household |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Time Off | 2.4616 | 0 | 46.0068 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******6055 | ******6055 | | 994.13   USD |



J.B. Hunt Transport, Inc.   615 J B Hunt Corporate Drive Lowell, AR 72745   +1 (479) 820-0000
Laronda Hill    665 n eucalyptus ave Rialto, CA 92376

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Laronda Hill | J.B. Hunt Transport, Inc. | 390298 | 05/26/2024 | 06/01/2024 | 06/06/2024 | |

| | Hours Worked | Gross Pay | Reimbursements | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 39.433 | 1,191.17 | 0.00 | 124.32 | 32.73 | 1,034.12 |
| YTD | 472.183 | 12,635.97 | 0.00 | 1,253.10 | 456.31 | 10,926.56 |

### Earnings

| Description | Dates | Hours/Units | Rate | Amount | YTD Hrs/Units | YTD Amount |
|---|---|---|---|---|---|---|
| Driver-Activity Bonu | 05/26/2024 - 06/01/2024 | 0 | 0 | 248.91 | 0.00 | 2,472.71 |
| Bonus-D | | | 0 | 0.00 | | 25.00 |
| Driver-Hours REG | 05/26/2024 - 06/01/2024 | 39.43333 | 18 | 709.80 | 472.18 | 8,499.33 |
| Mobile Phone Stipe | 05/26/2024 - 06/01/2024 | 0 | 0 | 5.42 | 0.00 | 65.05 |
| Holiday-Local | 05/26/2024 - 06/01/2024 | 8 | 21.94 | 175.52 | 24.00 | 606.80 |
| Paid Break | 05/26/2024 - 06/01/2024 | 1.49 | 6.56 | 9.78 | 18.87 | 102.12 |
| Paid Time Off | | | 0 | | 32.00 | 864.96 |
| Driver-Activity Bonu | 05/19/2024 - 05/25/2024 | 0 | 0 | -134.65 | | |
| Driver-Activity Bonu | 05/19/2024 - 05/25/2024 | 0 | 0 | 174.65 | | |
| Paid Break | 05/19/2024 - 05/25/2024 | -1.49 | 3.95 | -5.89 | | |
| Paid Break | 05/19/2024 - 05/25/2024 | 1.49 | 5.12 | 7.63 | | |
| Earnings | | | | 1,191.17 | | 12,635.97 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 73.29 | 770.70 |
| Medicare | 17.14 | 180.24 |
| Federal Withholding | 5.19 | 20.26 |
| State Tax - CA | 15.69 | 145.16 |
| CA SDI - CASDI | 13.01 | 136.74 |
| Employee Taxes | 124.32 | 1,253.10 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Deduction | 23.72 | 250.99 |
| Dental Deduction | 7.43 | 167.17 |
| Vision Deduction | 1.58 | 38.15 |
| Deductions | 32.73 | 456.31 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Match | 11.86 | 125.53 |
| Basic AD/D Deduction | 0.07 | 1.61 |
| Basic Life Insurance | 0.48 | 11.04 |
| Dental - Employer Paid Portion | 5.47 | 123.07 |
| FUI Credit Reduction (California) | 0.00 | 63.00 |
| FUI (Federal) | 0.00 | 42.00 |
| Medicare (Federal) | 17.14 | 180.24 |
| OASDI (Federal) | 73.29 | 770.70 |
| SUI - ER Paid (California) | 0.00 | 189.00 |
| Short-term Disab Deduction | 6.24 | 124.02 |
| Employer Paid Benefits | 114.55 | 1,630.21 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,182.16 | 12,430.65 |
| Medicare - Taxable Wages | 1,182.16 | 12,430.65 |
| Federal Withholding - Taxable Wages | 1,158.44 | 12,179.66 |
| State Tax Taxable Wages - CA | 1,158.44 | 12,179.66 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | Head of Household |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Time Off | 2.4616 | 0 | 43.5452 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******6055 | ******6055 | | 1,034.12   USD |



J.B. Hunt Transport, Inc.    615 J B Hunt Corporate Drive Lowell, AR 72745    +1 (479) 820-0000
Laronda Hill    665 n eucalyptus ave Rialto, CA 92376

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Laronda Hill | J.B. Hunt Transport, Inc. | 390298 | 05/19/2024 | 05/25/2024 | 05/30/2024 | |

| | Hours Worked | Gross Pay | Reimbursements | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 35.583 | 785.69 | 0.00 | 60.07 | 114.74 | 610.88 |
| YTD | 432.75 | 11,444.80 | 0.00 | 1,128.78 | 423.58 | 9,892.44 |

### Earnings

| Description | Dates | Hours/Units | Rate | Amount | YTD Hrs/Units | YTD Amount |
|---|---|---|---|---|---|---|
| Driver-Activity Bonu | 05/19/2024 - 05/25/2024 | 0 | 0 | 134.65 | 0.00 | 2,183.80 |
| Bonus-D | | | 0 | | 0.00 | 25.00 |
| Driver-Hours REG | 05/19/2024 - 05/25/2024 | 35.58333 | 18 | 640.50 | 432.75 | 7,789.53 |
| Mobile Phone Stipe | 05/20/2024 - 05/25/2024 | 0 | 0 | 4.65 | 0.00 | 59.63 |
| Holiday-Local | | | 0 | | 16.00 | 431.28 |
| Paid Break | 05/19/2024 - 05/25/2024 | 1.49 | 3.95 | 5.89 | 17.38 | 90.60 |
| Paid Time Off | | | 0 | | 32.00 | 864.96 |
| Earnings | | | | 785.69 | | 11,444.80 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 42.57 | 697.41 |
| Medicare | 9.95 | 163.10 |
| Federal Withholding | 0.00 | 15.07 |
| State Tax - CA | 0.00 | 129.47 |
| CA SDI - CASDI | 7.55 | 123.73 |
| Employee Taxes | 60.07 | 1,128.78 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Deduction | 15.63 | 227.27 |
| Dental Deduction | 81.73 | 159.74 |
| Vision Deduction | 17.38 | 36.57 |
| Dental Deduction - 04/28/2024 - 04/30/2024 | -3.18 | |
| Dental Deduction - 04/28/2024 - 05/04/2024 | 7.43 | |
| Dental Deduction - 05/01/2024 - 05/04/2024 | -4.25 | |
| Vision Deduction - 04/28/2024 - 04/30/2024 | -0.68 | |
| Vision Deduction - 04/28/2024 - 05/04/2024 | 1.58 | |
| Vision Deduction - 05/01/2024 - 05/04/2024 | -0.90 | |
| Deductions | 114.74 | 423.58 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Match | 7.82 | 113.67 |
| Basic AD/D Deduction | 0.07 | 1.54 |
| Basic Life Insurance | 0.48 | 10.56 |
| Dental - Employer Paid Portion | 5.47 | 117.60 |
| FUI Credit Reduction (California) | 0.00 | 63.00 |
| FUI (Federal) | 0.00 | 42.00 |
| Medicare (Federal) | 9.95 | 163.10 |
| OASDI (Federal) | 42.57 | 697.41 |
| SUI - ER Paid (California) | 0.00 | 189.00 |
| Short-term Disab Deduction | 6.24 | 117.78 |
| Dental - Employer Paid Portion - 04/28/2024 - 04/30/2024 | -2.34 | |
| Dental - Employer Paid Portion - 04/28/2024 - 05/04/2024 | 5.47 | |
| Dental - Employer Paid Portion - 05/01/2024 - 05/04/2024 | -3.13 | |
| Employer Paid Benefits | 72.60 | 1,515.66 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 686.58 | 11,248.49 |
| Medicare - Taxable Wages | 686.58 | 11,248.49 |
| Federal Withholding - Taxable Wages | 670.95 | 11,021.22 |
| State Tax Taxable Wages - CA | 670.95 | 11,021.22 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | Head of Household |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Time Off | 2.4616 | 0 | 41.0836 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******6055 | ******6055 | | 610.88 | USD |



J.B. Hunt Transport, Inc.   615 J B Hunt Corporate Drive Lowell, AR 72745   +1 (479) 820-0000
Laronda Hill    665 n eucalyptus ave Rialto, CA 92376

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Laronda Hill | J.B. Hunt Transport, Inc. | 390298 | 05/12/2024 | 05/18/2024 | 05/23/2024 | |

| | Gross Pay | Reimbursements | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| YTD | 10,659.11 | 0.00 | 1,068.71 | 308.84 | 9,281.56 |

### Earnings

| Description | Dates | Hours/Units | Rate | Amount | YTD Hrs/Units | YTD Amount |
|---|---|---|---|---|---|---|
| Bonus-D | | | 0 | 0.00 | | 25.00 |
| Driver-Hours REG | | | 0 | 397.17 | | 7,149.03 |
| Mobile Phone Stipe | | | 0 | 0.00 | | 54.98 |
| Holiday-Local | | | 0 | 16.00 | | 431.28 |
| Paid Time Off | | | 0 | 32.00 | | 864.96 |
| Driver-Activity Bonu | | | 0 | 0.00 | | 2,049.15 |
| Paid Break | | | 0 | 15.89 | | 84.71 |
| Earnings | | | | 0.00 | | 10,659.11 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 0.00 | 654.84 |
| Medicare | 0.00 | 153.15 |
| Federal Withholding | | 15.07 |
| State Tax - CA | | 129.47 |
| CA SDI - CASDI | 0.00 | 116.18 |
| Employee Taxes | 0.00 | 1,068.71 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Deduction | | 211.64 |
| Dental Deduction | 0.00 | 78.01 |
| Vision Deduction | 0.00 | 19.19 |
| Deductions | 0.00 | 308.84 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Match | | 105.85 |
| Basic AD/D Deduction | 0.07 | 1.47 |
| Basic Life Insurance | 0.48 | 10.08 |
| Dental - Employer Paid Portion | 5.47 | 112.13 |
| FUI Credit Reduction (California) | 0.00 | 63.00 |
| FUI (Federal) | 0.00 | 42.00 |
| Medicare (Federal) | 0.00 | 153.15 |
| OASDI (Federal) | 0.00 | 654.84 |
| SUI - ER Paid (California) | 0.00 | 189.00 |
| Short-term Disab Deduction | 6.24 | 111.54 |
| Employer Paid Benefits | 12.26 | 1,443.06 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 0.00 | 10,561.91 |
| Medicare - Taxable Wages | 0.00 | 10,561.91 |
| Federal Withholding - Taxable Wages | 0.00 | 10,350.27 |
| State Tax Taxable Wages - CA | 0.00 | 10,350.27 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | Head of Household |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Time Off | 2.4616 | 0 | 38.622 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******6055 | ******6055 | 0.00 | USD |



J.B. Hunt Transport, Inc.   615 J B Hunt Corporate Drive Lowell, AR 72745   +1 (479) 820-0000
Laronda Hill   665 n eucalyptus ave Rialto, CA 92376

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Laronda Hill | J.B. Hunt Transport, Inc. | 390298 | 05/05/2024 | 05/11/2024 | 05/16/2024 | |

| | Gross Pay | Reimbursements | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| YTD | 10,659.11 | 0.00 | 1,068.71 | 308.84 | 9,281.56 |

### Earnings

| Description | Dates | Hours/Units | Rate | Amount | YTD Hrs/Units | YTD Amount |
|---|---|---|---|---|---|---|
| Bonus-D | | | 0 | 0.00 | | 25.00 |
| Driver-Hours REG | | | 0 | 397.17 | | 7,149.03 |
| Mobile Phone Stipe | | | 0 | 0.00 | | 54.98 |
| Holiday-Local | | | 0 | 16.00 | | 431.28 |
| Paid Time Off | | | 0 | 32.00 | | 864.96 |
| Driver-Activity Bonu | | | 0 | 0.00 | | 2,049.15 |
| Paid Break | | | 0 | 15.89 | | 84.71 |
| Earnings | | | | 0.00 | | 10,659.11 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 0.00 | 654.84 |
| Medicare | 0.00 | 153.15 |
| Federal Withholding | | 15.07 |
| State Tax - CA | | 129.47 |
| CA SDI - CASDI | 0.00 | 116.18 |
| Employee Taxes | 0.00 | 1,068.71 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Deduction | | 211.64 |
| Dental Deduction | 0.00 | 78.01 |
| Vision Deduction | 0.00 | 19.19 |
| Deductions | 0.00 | 308.84 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Match | | 105.85 |
| Basic AD/D Deduction | 0.07 | 1.40 |
| Basic Life Insurance | 0.48 | 9.60 |
| Dental - Employer Paid Portion | 5.47 | 106.66 |
| FUI Credit Reduction (California) | 0.00 | 63.00 |
| FUI (Federal) | 0.00 | 42.00 |
| Medicare (Federal) | 0.00 | 153.15 |
| OASDI (Federal) | 0.00 | 654.84 |
| SUI - ER Paid (California) | 0.00 | 189.00 |
| Short-term Disab Deduction | 6.24 | 105.30 |
| Employer Paid Benefits | 12.26 | 1,430.80 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 0.00 | 10,561.91 |
| Medicare - Taxable Wages | 0.00 | 10,561.91 |
| Federal Withholding - Taxable Wages | 0.00 | 10,350.27 |
| State Tax Taxable Wages - CA | 0.00 | 10,350.27 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | Head of Household |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Time Off | 2.4616 | 0 | 36.1604 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******6055 | ******6055 | | 0.00   USD |



J.B. Hunt Transport, Inc.    615 J B Hunt Corporate Drive Lowell, AR 72745    +1 (479) 820-0000
Laronda Hill    665 n eucalyptus ave Rialto, CA 92376

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Laronda Hill | J.B. Hunt Transport, Inc. | 390298 | 04/28/2024 | 05/04/2024 | 05/09/2024 | |

| | Gross Pay | Reimbursements | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| YTD | 10,659.11 | 0.00 | 1,068.71 | 308.84 | 9,281.56 |

### Earnings

| Description | Dates | Hours/Units | Rate | Amount | YTD Hrs/Units | YTD Amount |
|---|---|---|---|---|---|---|
| Bonus-D | | 0 | | 0.00 | | 25.00 |
| Driver-Hours REG | | 0 | | 0.00 | 397.17 | 7,149.03 |
| Mobile Phone Stipe | | 0 | | 0.00 | | 54.98 |
| Holiday-Local | | 0 | | 0.00 | 16.00 | 431.28 |
| Paid Time Off | | 0 | | 0.00 | 32.00 | 864.96 |
| Driver-Activity Bonu | | 0 | | 0.00 | | 2,049.15 |
| Paid Break | | 0 | | 0.00 | 15.89 | 84.71 |
| Earnings | | | | 0.00 | | 10,659.11 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 0.00 | 654.84 |
| Medicare | 0.00 | 153.15 |
| Federal Withholding | | 15.07 |
| State Tax - CA | | 129.47 |
| CA SDI - CASDI | 0.00 | 116.18 |
| Employee Taxes | 0.00 | 1,068.71 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Deduction | | 211.64 |
| Dental Deduction | 0.00 | 78.01 |
| Vision Deduction | 0.00 | 19.19 |
| Deductions | 0.00 | 308.84 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Match | | 105.85 |
| Basic AD/D Deduction | 0.07 | 1.33 |
| Basic Life Insurance | 0.48 | 9.12 |
| Dental - Employer Paid Portion | 5.47 | 101.19 |
| FUI Credit Reduction (California) | 0.00 | 63.00 |
| FUI (Federal) | 0.00 | 42.00 |
| Medicare (Federal) | 0.00 | 153.15 |
| OASDI (Federal) | 0.00 | 654.84 |
| SUI - ER Paid (California) | 0.00 | 189.00 |
| Short-term Disab Deduction | 6.85 | 99.06 |
| Employer Paid Benefits | 12.87 | 1,418.54 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 0.00 | 10,561.91 |
| Medicare - Taxable Wages | 0.00 | 10,561.91 |
| Federal Withholding - Taxable Wages | 0.00 | 10,350.27 |
| State Tax Taxable Wages - CA | 0.00 | 10,350.27 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | Head of Household |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Time Off | 2.4616 | 0 | 33.6988 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******6055 | ******6055 | 0.00 | USD |