Certificate Number: 14912-CAC-DE-038945444

Bankruptcy Case Number: 24-13870



14912-CAC-DE-038945444

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 8, 2024, at 2:52 o'clock PM EDT, Laronda Hill completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  October 8, 2024

By:  /s/Jai Bhatt

Name:  Jai Bhatt

Title:  Counselor