United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 24-13870-MH |
| Laronda Michelle Hill | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 21, 2024 | Form ID: 318a | Total Noticed: 51 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Laronda Michelle Hill, 756 W 16th St, Sn Bernrdno, CA 92405-4210 |
| 42043741 | Albert Cash, 340 S. Lemon Ave. Suite 3801, Culver City, CA 90232 |
| 42043748 | Cashback Loans, PO Box 6090, La Quinta, CA 92248-6090 |
| 42043754 | Credit Convey, 109 E 17th St Ste 430, Cheyenne, WY 82001-4543 |
| 42043755 | Credit Genie, 625 W Ridge Pike Bldg D Ste 105, Conshohocken, PA 19428-1180 |
| 42090823 | Credit Ninja, 24 N Wacker Dr PMB 404, Chicago IL 60606-2800 |
| 42043756 | Daniels Jewelers / SMC, PO Box 3750, Culver City, CA 90231-3750 |
| 42043761 | Float Me, 2814 Detroit Ave, Cleveland, OH 44113-2708 |
| 42043762 | Gerald Wallet, 245 8th Ave # 1085, New York, NY 10011-1607 |
| 42090825 | Southern California Gas Company, PO Box 1626, Monterey Park CA 91754-8626 |
| 42043774 | Speedy Cash, PO Box 550, Dublin, OH 43017-0550 |
| 42043777 | USA Checks Cashed, 2535 University Ave, Riverside, CA 92507-4216 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Oct 22 2024 04:34:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Oct 22 2024 04:40:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | EDI: AISACG.COM | Oct 22 2024 04:34:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LL, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 42090821 | + | Email/Text: bankruptcy@acimacredit.com | Oct 22 2024 00:55:00 | ACIMA, 13907 S Minuteman Dr, Draper UT 84020-9870 |
| 42043742 | | EDI: APPLIEDBANK.COM | Oct 22 2024 04:40:00 | Applied Bank, 601 Delaware Ave, Wilmington, DE 19801-1462 |
| 42043744 | | Email/Text: Bankruptcy@arrowheadcu.org | Oct 22 2024 00:54:00 | Arrowhead Credit Union, PO Box 4100, Rch Cucamonga, CA 91729-4100 |
| 42043737 | | EDI: ACECASHXPRESS.COM | Oct 22 2024 04:34:00 | Ace Cash Express, 300 E John Carpenter Fwy Ste 900, Irving, TX 75062-2789 |
| 42043738 | | Email/Text: bnc@teampurpose.com | Oct 22 2024 00:55:00 | Advance America, 1008 N Vermont Ave, Los Angeles, CA 90029-2620 |
| 42043739 | ^ | MEBN | Oct 22 2024 00:48:54 | After Pay, PO Box 328, San Francisco, CA 94104-0328 |
| 42043740 | | EDI: MAXMSAIDV | Oct 22 2024 04:34:00 | Aidvantage / Department of Education, PO Box 300001, Greenville, TX 75403-3001 |
| 42090822 | | Email/PDF: bncnotices@becket-lee.com | | |

District/off: 0973-6                          User: admin                                    Page 2 of 3

Date Rcvd: Oct 21, 2024                       Form ID: 318a                                   Total Noticed: 51

| | | | |
|---|---|---|---|
| | | Oct 22 2024 01:04:49 | American First Finance, PO Box 565848, Dallas TX 75356-5848 |
| 42043743 | + Email/Text: collections@arrowheadadvance.com | Oct 22 2024 00:53:00 | Arrowhead Advance, PO Box 6048, Pine Ridge, SD 57770-6048 |
| 42043745 | EDI: BANKAMER | Oct 22 2024 04:34:00 | BANK OF AMERICA, PO Box 982238, El Paso, TX 79998-2238 |
| 42043775 | Email/Text: fwdbctl@spotloan.com | Oct 22 2024 00:54:56 | Spot Loan, PO Box 720, Belcourt, ND 58316-0720 |
| 42043746 | Email/Text: bankruptcynotices@hellobrigit.com | Oct 22 2024 00:53:00 | Brigit, 36 W 20th St Fl 11, New York, NY 10011-4241 |
| 42043747 | EDI: CAPITALONE.COM | Oct 22 2024 04:34:00 | CAPITAL ONE, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 42043749 | + Email/Text: opsqa_usbankruptcy@cashnetusa.com | Oct 22 2024 00:53:00 | CashNetUSA, 175 W Jackson Blvd Ste 1000, Chicago, IL 60604-2863 |
| 42043751 | Email/Text: bankruptcy@checkcity.com | Oct 22 2024 00:55:00 | Check City, PO Box 970028, Orem, UT 84097-0014 |
| 42043752 | Email/Text: bkinfo@ccfi.com | Oct 22 2024 00:55:00 | Check Into Cash, 5165 Emerald Pkwy Ste 100, Dublin, OH 43017-1095 |
| 42043753 | Email/Text: bankruptcy@axcess-financial.com | Oct 22 2024 00:54:00 | Check N' Go, PO Box 36454, Cincinnati, OH 45236-0454 |
| 42043757 | Email/Text: davecares@dave.com | Oct 22 2024 00:54:02 | Dave, 1265 S Cochran Ave, Los Angeles, CA 90019-2846 |
| 42043758 | Email/Text: cxs-doc-access@earnin.com | Oct 22 2024 00:53:00 | Earnin, 200 Portage Ave, Palo Alto, CA 94306-2242 |
| 42043759 | Email/Text: operations@empower.me | Oct 22 2024 00:54:00 | Empower Cash Advance, 660 York St, San Francisco, CA 94110-2101 |
| 42043760 | Email/PDF: acg.exeter.ebn@aisinfo.com | Oct 22 2024 01:02:02 | Exeter Finance, 2101 W John Carpenter Fwy, Irving, TX 75063-3228 |
| 42043763 | EDI: JEFFERSONCAP.COM | Oct 22 2024 04:40:00 | Jefferson Capital Systems, 16 Mcleland Rd, Saint Cloud, MN 56303-2198 |
| 42043750 | EDI: JPMORGANCHASE | Oct 22 2024 04:34:00 | Chase Bank, PO Box 15369, Wilmington, DE 19850-5369 |
| 42043764 | Email/Text: bankruptcy.us@klarna.com | Oct 22 2024 00:55:00 | Klarna, 800 N High St Ste 400, Columbus, OH 43215-1430 |
| 42043765 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 22 2024 00:55:00 | Midland Credit Management, 320 E Big Beaver Rd, Troy, MI 48083-1271 |
| 42043766 | EDI: NFCU.COM | Oct 22 2024 04:40:00 | NAVY FEDERAL CREDIT UNION, PO Box 3000, Merrifield, VA 22119-3000 |
| 42043767 | Email/Text: opportunitynotices@gmail.com | Oct 22 2024 00:55:00 | OppLoans / FinWise, 130 E Randolph St Ste 3400, Chicago, IL 60601-6379 |
| 42043768 | Email/Text: bankruptcy@possiblefinance.com | Oct 22 2024 00:53:00 | Possible Finance, PO Box 98686, Las Vegas, NV 89193-8686 |
| 42043769 | Email/Text: bankruptcy@possiblefinance.com | Oct 22 2024 00:53:00 | Possible Financial, Inc, 1929 3rd Ave Ste 300, Seattle, WA 98101-1104 |
| 42043770 | EDI: AMINFOFP.COM | Oct 22 2024 04:34:00 | Premier Bankcard / First Premier, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 42043771 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 22 2024 01:04:49 | Resurgent / LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 42043772 | Email/Text: cscommunications@mrvbanks.com | Oct 22 2024 00:54:00 | Revvi / MRV Banks, Po Box 85800, Sioux Falls, SD 57118-5800 |
| 42043773 | Email/Text: credit-bureau-reporting-disputes@sezzle.com | | |

| District/off: 0973-6 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 21, 2024 | Form ID: 318a | Total Noticed: 51 |

| | | Oct 22 2024 00:53:00 | SEZZLE, 700 Nicollet Mall Ste 640, Minneapolis, MN 55402-2050 |
|---|---|---|---|
| 42090824 | Email/Text: bankruptcygroup@sce.com | Oct 22 2024 00:54:00 | Southern California Edison, PO Box 800, Rosemead CA 91770-0800 |
| 42043776 | EDI: USBANKARS.COM | Oct 22 2024 04:34:00 | US Bank, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 42043778 | Email/Text: webadmin@vhllc.co | Oct 22 2024 00:55:00 | Vance and Huffman LLC, 55 Monette Pkwy Ste 100, Smithfield, VA 23430-2577 |

TOTAL: 39

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2024                     Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amitkumar Sharma | on behalf of Creditor Exeter Finance LLC  c/o AIS Portfolio Services, LLC amit.sharma@aisinfo.com |
| Benjamin Heston | on behalf of Debtor Laronda Michelle Hill bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Lynda T. Bui (TR) | trustee.bui@shulmanbastian.com  C115@ecfcbis.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Laronda Michelle Hill | Social Security number or ITIN | xxx–xx–3845 |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 | | Social Security number or ITIN | _ _ _ _ |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    Central District of California

Case number:    6:24–bk–13870–MH

## Order of Discharge – Chapter 7

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Laronda Michelle Hill

[include all names used by each debtor, including trade names, within
the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 10/21/24

**Dated:** 10/21/24

**By the court:**    Mark D. Houle
                     United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

13/AUTU

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---